

NORTHERN DISTRICT OF TEXAS
**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 30, 2009**                                                                 **United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE : | § | CASE NO. 04-70616-HDH-13 |
| | § | |
| Tommy James Allen | § | |
| and | § | |
| Hope Lynn Allen | § | CHAPTER 13 |
| | § | |
| DEBTOR(S) | § | |

| | | |
|---|---|---|
| TOMMY JAMES ALLEN, and | § | |
| HOPE LYNN ALLEN | § | |
|     Plaintiffs | § | ADVERSARY NO. : 08-07006-HDH-13 |
|     v. | § | |
| CITIMORTGAGE, INC. AS SUCCESSOR | § | |
| BY MERGER WITH PRINCIPAL | § | |
| RESIDENTIAL MORTGAGE, INC. | § | |
|     Defendant | § | |

AGREED ORDER DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE

    Plaintiffs' and Defendant's Agreed Motion to Dismiss Adversary Proceeding with Prejudice came on to be heard/considered and after reviewing the pleadings and/or hearing the arguments of counsel, the Court finds the following:

1. Plaintiff(s) filed the above-styled Adversary Complaint on or about August 8, 2008.

2. The parties have been able to resolve all contested issues related to the Adversary Complaint through a settlement agreement and release, agreed to by both parties.

3. The Court finds that the above-referenced Adversary Complaint case should be dismissed with prejudice.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the above entitled and numbered complaint is hereby dismissed with prejudice.

AGREED AS TO FORM AND SUBSTANCE:

/s/Monte J. White                                    /s/Zeena T. Angadicheril
Attorney for Plaintiffs                              Attorney for Defendants

# # # END OF ORDER # # #

PREPARED BY:
Monte J. White, Attorney for Debtor(s)
Monte J. White & Asssociates, P.C.
1106 Brook Ave.
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 fax
legal@montejwhite.com